E-FILED
Monday, 10 April, 2017 01:28:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS



FILED
APR 10 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

PAUL RAYMOND FARROW JR,

Plaintiff

vs.

CHAMPAIGN COUNTY SHERIFFS OFFICE;
1. "JOHN DOE" POLICE OR SHERIFF'S DEPUTY;
2. "JOHN DOE" POLICE OR SHERIFF'S DEPUTY;
3. "JOHN DOE" POLICE OR SHERIFF'S DEPUTY;
"JOHN OR JANE DOE'S" unknown;
Hospital and/or Ambulance workers;
sued in their official and
individual capacities,

Defendant(s)

Case No. 17-2086
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: PAUL RAYMOND FARROW JR.

Prison Identification Number: 233799

Current address: PUTNAMVILLE CORRECTIONAL FACILITY 1946 WEST U.S. HIGHWAY (40) GREENCASTLE, INDIANA 46135

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: CHAMPAIGN SHERIFF'S OFFICE

Current Job Title: SHERIFF

Current Work Address: unknown, CHAMPAIGN COUNTY

Defendant #2:

Full Name: "JOHN DOE"

Current Job Title: POLICE OR SHERIFF'S Deputy

Current Work Address: unknown, CHAMPAIGN COUNTY

Defendant #3:

Full Name: "JOHN DOE"

2

Current Job Title: POLICE OR SHERIFFS Deputy

Current Work Address: unknown, CHAMPAIGN COUNTY

Defendant #4:

Full Name: "JOHN DOE"

Current Job Title: POLICE OR SHERIFFS Deputy

Current Work Address: unknown, CHAMPAIGN COUNTY

Defendant #5:

Full Name: "JOHN OR JANE DOE'S"

Current Job Title: HOSPITAL AND/OR AMBULANCE WORKERS

Current Work Address: unknown CHAMPAIGN, COUNTY

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ☐      No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒      No ☐

3

C. If your answer to B is yes, how many? 3 or 4  Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   Farrow vs. Hartshorn / Farrow vs. Tilton Police(s) / Farrow vs. Bosserce

   2. Basic claim made  INADEQUATE HEALTHCARE - UNNECESSARY USE OF FORCE

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  1 voluntarily dismissed, 1 settlement don't remember as they were years ago. One dismissed with prejudice. Not sure.

For additional cases, provide the above information in the same format on a separate page.
I seriously don't remember.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐  No ☑

If your answer is no, explain why not  NOT APPLICABLE - THIS HAPPENED BEFORE INCARCERATED

C. Is the grievance process completed?  Yes ☐  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___ESQUIRE BAR CHAMPAIGN, ILLINOIS___

Date(s) of the occurrence ___FEBRUARY 3RD, 2017___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1. That on date February 3rd, 2017 I was at the Esquire Bar in downtown CHAMPAIGN; exact address unknown;

2. That I was informed that I had an INDIANA PAROLE warrant issued against me;

3. That the officer speaking had two other officers with him;

4. That I was thrown to the floor, handcuffed and hit in the head repeatedly to cause pain

5. That I cannot describe the sequence of events fully after being thrown to the floor because my head hit and I went partially and fully unconscious for periods of time; however, I was picked up and head slammed to the floor multiple times to cause pain/injury and this was done intentionally and willfully by one or all of said officers in violation of my right to be free from unreasonably search and seizure. That I was kicked in the ribs/fingers, stomped on and was intentionally hit in the head and/or face dragged into gravel or cement intentionally to cause pain/injury in furtherance thereof; officers constantly screaming — just heard loud screams don't

5

know for sure what they were saying I remained motionless;

6. That these other JOHN DOE officers worked in conspiracy to deprive me of my civil rights of freedom from illegal search and seizure, from unlawful use of force by not stopping said officer/officer(s) or provoking said officer(s) to inflict pain to me or not saying nothing after the fact to said officers superior officers. I sue all officers in official and individual capacity;

7. That these officers worked with full knowledge of what they were doing, caused plaintiff pain intentionally, and intentionally violated his constitutional rights; further even beating plaintiff while unconscious

8. That I don't know for sure names or identities of these officers yet or the names of hospital/ambulance workers. They are sued in individual capacity;

9. That aforesaid ambulance and/or hospital workers did what other defendant officer(s) wanted and caused me intentional pain in conspiring with officer(s) to deprive plaintiff of constitutional rights. ie. Did things or operations on me to cause more pain to me intentionally and/or wilfully to conspire with officers to gain favor. I sue them in operation with said officers;

10. That as a result of this unnecessary use of force by aforesaid defendants that plaintiff suffered multiple facial cuts, head trauma, cuts on wrist/hand, dislocated finger, broken/fractured rib, fractured nose, hernia, loose

tooth, numb left hand, emotional damages. That plaintiff medical treatment is not sufficient in prison confined, p

11. That said nurse(s), hospital and/or ambulance worker(s) exacerbated pain by their actions in presence of police officers.

12. That plaintiff needs discovery to get officers testimony on what these aforementioned defendants actions/inactions were to proceed fully.

13. Plaintiff seeks relief

RELIEF REQUESTED

(State what relief you want from the court.)

COMPENSATORY = $250,000 for present pain and suffering, future pain and suffering; present hospital bills and future hospital bills for treatment;

PUNITIVE $50,000 each officer involved for violating plaintiff's constitutional rights;

$25,000 each defendant at hospital and/or ambulatory service acting in conjunction with or said police officer(s) in violating plaintiff's constitutional rights

JURY DEMAND    Yes ☒    No ☐

Signed this _16_ day of _APRIL_, 20_17_.

_____
(Signature of Plaintiff)

| Name of Plaintiff: PAUL RAYMOND FARROW JR | Inmate Identification Number: 233799 |
|---|---|
| Address: INDIANA DEPT. OF CORRECTION PUTNAMVILLE CORRECTIONAL FACILITY 1946 West U.S. Highway 40 Greencastle, IN 46135 | Telephone Number: N/A |