UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION



| | |
|---|---|
| PAUL RAYMOND FARROW JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-CV-2086 |
| ) | |
| CHAMPAIGN COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

NOW COMES the Plaintiff, Paul R. Farrow, Jr., *pro-se*, and for his Response to Defendant's Motion to Dismiss, states as follows:

1. Plaintiff admits paragraph #1.

2. Plaintiff admits paragraph #2.

3. Plaintiff denies paragraph #3.

4. Plaintiff denies paragraph #4.

5. Plaintiff denies paragraph #5; one, speculative whereas Champaign County Sheriff's Office is in that area also "Champapaign City Limits", moreover, plaintiff will not be claiming vicarious liability. Defendant offers no proof that discovery would not lead to identification of proper parties "who are not associated with Defendant".

6. Plaintiff admits paragraph #5.

7. Plaintiff denies paragraph #6. See, para. #5 supra..

8. Plaintiff denies paragraph #8.

1

9. Plaintiff denies paragraph #9.

10. Plaintiff admits paragraph #10 that the Esquire Bar in Champaign Illinois might lie within the city limits of Champaign, but not sure himself.

11. Plaintiff denies paragraph #11 that the Champaign Police Department has exclusive jurisdiction, the Defendants have jurisdicition also and it is uncertain at this point 'who is who'.

12. Plaintiff denies paragraph #12.

13. Plaintiff denies paragraph #13, See, para. #5 supra..

WHEREFORE, the Plaintiff, Paul R. Farrow, Jr., respectfully requests this Honorable Court deny the Defendant's Motion to Dismiss with prejudice, and for any other and further relief ths Honorable Court deems just and proper.

Respectfully submitted,

Paul R. Farrow Jr., *pro-se*

233799

Putnamville Correctional Facility

1946 West U.S. Highway 40

Greencastle, IN 46135

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

---

| | |
|---|---|
| PAUL RAYMOND FARROW JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17-CV-2086 |
| | ) |
| CHAMPAIGN COUNTY SHERIFF'S | ) |
| OFFICE, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I Hereby certify that I have, this 7th day of July, served Keith E. Fruehling of Heyl, Royster, Voelker & Allen of 301 North Neil Street, Suite 505, P.O. Box 1190, Champaign Illinois 61824-1190, a copy of the above and foregoing Plaintiff's Response to Motion To Dismiss by mailing by deposit in the United States mail, addressed as above.

Respectfully submitted,

Paul R. Farrow, Jr., pro-se

Putnamville Correctional Facility

1946 West U.S. Highway 40

233799

Greencastle, IN. 46135

1