5590-13
KEF/tlp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| PAUL RAYMOND FARROW JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 17-cv-2086 |
| | ) | |
| CHAMPAIGN COUNTY SHERIFF'S OFFICE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, CHAMPAIGN COUNTY SHERIFF'S OFFICE, by KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, and hereby provide its Answer and Affirmative Defenses, pursuant to the Merit Review Opinion entered May 25, 2017, and the subsequent Order denying the Defendant's Motion to Dismiss, both of which now mandate an Answer to the Plaintiff's Complaint, and in further support thereof, states as follows:

1. Pursuant to its Merit Review of the Complaint, under 28 U.S.C. § 1915A, the Court found that Plaintiff stated a claim that this Defendant violated, or conspired to violate, his Fourth Amendment rights. On 8/17/17, this Court ruled that Plaintiff had stated a cause of action against this Defendant.

**ANSWER: Defendant denies that it violated, or conspired to violate, the Plaintiff's Fourth Amendment rights in any way. Additionally, Defendant denies the existence and/or enforcement of policies that violate the Plaintiff's Fourth Amendment rights. Further, Defendant denies it violated Plaintiff's constitutional rights in any way. Finally, Defendant denies that any factual basis sufficient to support a Fourth Amendment**

**violation by this Defendant exists in Plaintiff's current Complaint. To the extent that Plaintiff has stated facts in support of a Fourth Amendment claim against this Defendant, this Defendant denies the factual basis asserted in the Plaintiff's Complaint for any alleged claims.**

WHEREFORE, the Defendant, CHAMPAIGN COUNTY SHERIFF'S OFFICE, respectfully requests that this Court enter judgment on its behalf and against the Plaintiff, PAUL RAYMOND FARROW JR., denying him the relief that he prays for in his Complaint and as the claim(s) approved by the Merit Review Order of May 25, 2017, and any other relief this Court deems fit.

**DEFENDANT DEMANDS A TRIAL BY JURY ON ALL CLAIMS.**

**<u>AFFIRMATIVE DEFENSES</u>**

NOW COMES the Defendant, CHAMPAIGN COUNTY SHERIFF'S OFFICE, by its attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), hereby sets forth the following Affirmative Defenses:

1. To the extent that Plaintiff's Complaint references any action or omission on the part of CHAMPAIGN COUNTY SHERIFF'S OFFICE more than two years prior to the date that the Plaintiff filed his lawsuit, said claims are barred by the statute of limitations.

2. To the extent Plaintiff seeks to hold the CHAMPAIGN COUNTY SHERIFF'S OFFICE liable for the acts or omissions of anyone other than itself, said claims are barred by law and Section 1983 does not allow claims based upon vicarious liability or *respondeat superior* theories.

3. To the extent that Plaintiff has failed to exhaust his administrative remedies, this Defendant is entitled to judgment as a matter of law.

**DEFENDANT DEMANDS TRIAL BY JURY ON ALL AFFIRMATIVE DEFENSES.**

Respectfully submitted,

CHAMPAIGN COUNTY SHERIFF'S OFFICE,
Defendant


BY: s/Keith E. Fruehling
Keith E. Fruehling
HEYL, ROYSTER, VOELKER & ALLEN
ARDC #: 6216098
301 North Neil Street, Suite 505
P. O. Box 1190
Champaign, IL  61824-1190
Telephone: 217.344.0060
Facsimile: 217.344.9295
E-Mail: kfruehling@heylroyster.com


## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Barbara Mann
Julie R. Rietz, Champaign County State's Attorney
Champaign County Courthouse
101 E. Main St.
Urbana, IL 61801

I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Mr. Paul Raymond Farrow Jr.
No. 233799
Putnamville Correctional Center
1946 West U.S. Hwy 40
Greencastle, IN 46135

s/ Keith E. Fruehling
Heyl, Royster, Voelker & Allen

33002527_1