# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

Paul Raymond Farrow Jr

Plaintiff

vs.  Case Number: 17-2086

Champaign County Sheriff's Office, John Doe #1, John Doe #2, John Doe #3 and John and Jane Does

Defendant

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to keep the court informed of his address.

**Dated: 1/22/2018**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court